## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Fahmy A., | Case No. 26-cv-223 (ECT/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| United States of America, | |
| Respondent. | |

IT IS HEREBY ORDERED THAT:

1. Respondent is directed to file an answer to the petition for a writ of habeas corpus of petitioner Fahmy A. within 14 days of this order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondent's answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondent's legal position on Petitioner's claims; and

   c. Respondent's recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondent's answer, he must do so within 14 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 13, 2026                    _s/Douglas L. Micko_____
                                           DOUGLAS L. MICKO
                                           United States Magistrate Judge